IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR SANCHEZ LEYVA,

    Petitioner,                    No. CIV S-05-0031 FCD GGH P

    vs.

ROBERT AYERS,

    Respondent.                ORDER

_____/

    Petitioner has filed his third request for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In this case, the court has not found, nor does it now find, that the interests of justice would be served by the appointment of counsel.

    Accordingly, IT IS HEREBY ORDERED that petitioner's May 18, 2005 third request for appointment of counsel is denied without prejudice.

DATED: 6/15/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kf
leyv0031.110