QUIN DENVIR, Bar #49374
Federal Defender

DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
HECTOR SANCHEZ LEYVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR SANCHEZ LEYVA, ) | NO. Civ. S-05-0031 FCD GGH P |
| Petitioner, ) | |
| v. ) | **ORDER GRANTING UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING STATEMENT** |
| ROBERT AYERS, Warden, et al., ) | |
| Respondents. ) | |

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, the time for the parties to file a joint scheduling statement is extended up to and including August 19, 2005.

Dated: 7/26/05

/s/ Gregory G. Hollows
_____
Honorable GREGORY G. HOLLOWS
United States Magistrate Judge

leyv0031.eot