IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR SANCHEZ LEYVA,

    Petitioner,                        No. CIV S-05-0031 FCD GGH P

    vs.

ROBERT AYERS,

    Respondent.                       <u>ORDER</u>

_____/

        Petitioner's counsel has filed a request that certain documents be removed from the court's file. Counsel's request includes a lodged proposed order via ECF in .pdf format. However, petitioner's counsel has not submitted a proposed order in a word processing format in accordance with the local rules. In order for the court to consider petitioner's counsel's request, counsel must comply with Local Rule 5-137(b).

        IT IS SO ORDERED.

Dated: 8/23/05

                                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

ggh:009
leyv0031.lrc