IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR SANCHEZ LEYVA,

    Petitioner,          No. CIV S-05-0031 FCD GGH P

  vs.

ROBERT AYERS,

    Respondent.        ORDER

_____/

      A joint scheduling statement in this matter was filed on August 19, 2005, pursuant to the court's order filed June 20, 2005.[1]  Respondent seeks leave to file a motion to dismiss the petition on the ground that it is a second or successive petition.  Petitioner, therefore, does not anticipate filing a third amended petition at this time.  After reviewing the joint statement, the court issues the following ORDERS:

      1. Respondent's request to file a motion to dismiss the petition as a second or successive petition is granted and the motion must be filed within 30 days; and

\\\\\

\\\\\

\\\\\

---

[1] An extension of time was granted by order filed on July 26, 2005.

1

2. Petitioner's response to the motion must be filed within 30 days thereafter.

DATED: 10/5/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
leyv0031.pst