IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR SANCHEZ LEYVA,

    Petitioner,                    No. CIV S-05-0031 FCD GGH P

    vs.

ROBERT AYERS,

    Respondent.                   <u>ORDER</u>

_____/

        Petitioner is proceeding with appointed counsel on an application pursuant to 28 U.S.C. §2254. Petitioner pro se is apparently "dissatisfied" with his counsel. <u>See</u> <u>letters</u> filed on 8/9/05 and on 10/26/05. On December 5, 2005, petitioner's counsel filed a request for leave to withdraw as counsel based on "an irreconcilable difference between himself and the client." <u>See</u> counsel's 12/05/05 <u>request</u>.

        Prior to counsel's request, however, on November 3, 2005, respondent filed a motion to dismiss. The court will not consider petitioner's counsel request to withdraw before counsel has filed a response to the motion, which is now overdue. The court will extend the time for counsel to file a response by 20 days from the date of this order.

        IT IS SO ORDERED.

DATED: 12/12/05                              /s/ Gregory G. Hollows

GGH:009/leyv0031.rsp                   GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE